■ PETER C. BARSTOW, Appellant, v JENNIFER J. BARSTOW, Respondent.—Appeal from a judgment of the Supreme Court (Duskas, J.) awarding, *inter alia,* custody of the parties' child to defendant, entered August 7, 1987 in St. Lawrence County, upon a decision of the court, without a jury.

Judgment affirmed, without costs, upon the opinion of Justice Michael W. Duskas. Casey, J. P., Mikoll, Yesawich, Jr., Mercure and Harvey, JJ., concur.